IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00185-MSK-CBS

JEAN MORGAN,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## ORDER GRANTING MOTION TO RESCHEDULE HEARING

---

THIS MATTER is before the Court on the Motion to Re-Schedule Hearing **(#11)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#11) is GRANTED.** The hearing scheduled to commence on **April 11, 2007 is VACATED.**

**IT IS FURTHER ORDERED** that counsel are directed to jointly contact Chambers at 303-335-2289 within 10 days of the date of this order to reschedule the hearing. If new counsel has not entered an appearance for the Defendant by that date, new counsel will none the less be bound by the date selected by current counsel.

Dated this 3rd day of April, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge