IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00185-MSK-CBS

JEAN MORGAN,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.

## ORDER RESETTING HEARING UNDER FED.R.CIV.P. 16

Pursuant to the agreement of the partes,

**IT IS ORDERED** that the hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is reset to **April 20, 2007 at 4:00 p.m.** in Courtroom A901, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado.

Dated this 9th day of April, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge