IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00185-MSK-CBS

JEAN MORGAN,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.

## ORDER DENYING MOTION, AND VACATING HEARING

THIS MATTER comes before the Court on the Plaintiff's Motion for Order Regarding Alternative Dispute Resolution **(#36)**. She asks the Court to issue an order which compels the parties to engage in alternative dispute resolution before the hearing set for September 25, 2007. The Defendant filed a response **(#37)** stating that it does not oppose participating in alternative dispute resolution, and indeed, that it will do so.

No good cause for issuance of an order has been shown. Because both parties are interested in participating in alternative dispute resolution, they are free to do so. The Plaintiff has made no demonstration that the parties are unable to proceed with alternative dispute resolution without a Court order. In light of the parties' expressed desire to engage in alternative dispute resolution, the Court will vacate the hearing on September 25, 2007, and will reset the hearing if needed.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion **(#36)** is **DENIED**.

**IT IS FURTHER ORDERED** that the hearing set for September 25, 2007 is **VACATED**. No later than September 25, 2007, the parties shall jointly advise the Court as to whether the matter has been resolved and whether they need a new hearing date.

Dated this 31st day of August, 2007

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge