IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00185-MSK-CBS

JEAN MORGAN,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

The Court, having reviewed the Stipulation to Dismiss with Prejudice signed by all parties, and hereby Orders that the within action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 9th day of October, 2007.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge